UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN LOPEZ,

                Plaintiff,

-vs-                                          **ORDER APPOINTING**
                                             **PRO BONO COUNSEL**

                                             6:17-CV-06305 EAW

JOHN MIZGALA, et al.,

                Defendants.
_____

On May 26, 2023, this Court granted a motion to appoint counsel filed by Plaintiff John Lopez ("Plaintiff"). (*See* Dkt. 83).

IT IS HEREBY ORDERED that Laurie Vahey, Esq., is assigned *pro bono*, to represent Plaintiff faithfully and diligently in this case.

IT IS FURTHER ORDERED that Laurie Vahey, Esq., shall provide *pro bono* representation in affiliation with JustCause. JustCause shall support *pro bono* counsel in various ways including opening a *pro bono* case file for this matter, but will not directly serve Plaintiff. Any information obtained by JustCause about Plaintiff will be considered confidential per Rule 1.6 of the New York Rules of Professional Conduct.

*Pro bono* counsel shall receive the benefits and protections afforded to other volunteers of JustCause and shall periodically inform JustCause of the procedural status of this case. When the representation is complete, *pro bono* counsel shall inform JustCause of the outcome and the total number of *pro bono* hours provided in this matter. JustCause shall issue New York Continuing

Legal Education credits to the attorney for the *pro bono* work performed, to the extent permitted under the accreditation rules.

JustCause's responsibilities under this order shall end with the conclusion of this *pro bono* representation.  Whether through conclusion of assigned representation, withdrawal from representation with permission from the Court, or otherwise.  JustCause may also apply to the Court to terminate its responsibilities under this order at any time, for good cause shown.

The Clerk of Court shall send a copy of this order to Laurie Vahey, Esq., along with the Court's Guidelines Governing the Reimbursement from the District Court Fund of Expenses Incurred by Court Appointed Counsel.  This Court will issue a separate order directing PACER to waive its fees so that *pro bono* counsel can access all documents filed in this case.  The Clerk of Court shall provide a free copy of any case document to *pro bono* counsel upon request.

*Pro bono* counsel shall contact Plaintiff within fourteen days of the issuance of this order.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
Chief Judge
United States District Court

Dated:      June 26, 2023
            Rochester, New York